1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DANIEL TAYLOR
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6
7
   Attorney for Defendant
8  ESTEVAN TREVINO
9
10
                IN THE UNITED STATES DISTRICT COURT
11
                FOR THE EASTERN DISTRICT OF CALIFORNIA
12
13
14
   UNITED STATES OF AMERICA,    ) No. 2:11-mj-00349-GGH-1
15                              )
              Plaintiff,        )
16                              ) STIPULATION TO CHANGE PLEA
         v.                     )
17                              )
   ESTEVAN TREVINO,             ) Date: Mar. 21, 2012
18                              ) Time: 9:00 a.m.
              Defendant.        ) Judge: Hon. Gregory G. Hollows
19                              )
   _____)
20
21
        IT IS HEREBY STIPULATED between the parties through their
22
   respective counsel, David Petersen, Special Assistant United States
23
   Attorney, and Linda C. Harter, Chief Assistant Federal Defender,
24
   attorney for ESTEVAN TREVINO, and Certified Student Attorney, Daniel
25
   Taylor, that the Court vacate the court trial on March 21, 2012 at 9:00
26
   a.m. and set a change of plea hearing at the same time and place.
27
28

```
 1 | Dated:  March 13, 2012
 2 |                                        DANIEL J. BRODERICK
   |                                        Federal Defender
 3 |
   |                                        /s/ Linda C. Harter
 4 |                                        LINDA C. HARTER
   |                                        Chief Assistant Federal Defender
 5 |                                        Attorney for Defendant
   |                                        ESTEVAN TREVINO
 6 |
   |                                        /s/ Daniel Taylor
 7 |                                        DANIEL TAYLOR
   |                                        Certified Student Attorney
 8 |
   | Dated: March 12, 2012                  BENJAMIN B. WAGNER
 9 |                                        United States Attorney
10 |                                        /s/ David Petersen
   |                                        DAVID PETERSEN
11 |                                        Special Assistant U.S. Attorney
12 |
13 |                                    **ORDER**
14 | IT IS SO ORDERED.
15 | Dated: March 14, 2012
16 |                                      /s/ Gregory G. Hollows
   |                                    UNITED STATES MAGISTRATE JUDGE
17 |
```